IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

FILED IN OPEN COURT
DEC 15 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **UNDER SEAL**<br>CRIMINAL NO. 2:08cr 222 |
| v. ) | |
| ) | |
| VIKTAR KRUS, ) | 8 U.S.C. § 1325(c) |
| ) | Marriage Fraud |
| JEKATERINA CEREDNICENKO, ) | (Count 1) |
| ) | |
| CHARLES BOND, ) | |
| ) | |
| and ) | |
| ) | |
| OTIS MARTIN, ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

December 2008 Term – At Norfolk, Virginia

### Introductory Allegations

THE GRAND JURY CHARGES THAT:

At all times relevant to this indictment:

1. Aliens who wish to become lawful permanent residents of the United States and eventually become naturalized United States citizens may avoid the numerical restrictions on the number of immigrants allowed in the United States, as well as certain visa and other requirements imposed by the law, by becoming the spouse of a United States citizen.

2. A United States citizen may petition the government of the United States to grant an alien spouse lawful permanent resident status without regard to the numerical restrictions noted

previously by filling out a Form I-130 (Petition for Alien Relative).

3. An approved immediate relative visa petition allows an alien spouse to file a Form I-485 (Application to Register Permanent Resident or Adjust Status) requesting that the United States Government adjust the alien spouse's status to that of a lawful permanent resident without the alien having to leave the United States. If the alien cannot adjust status this way, the alien must leave the United States, obtain an immigrant visa at a United States embassy in the alien's home country, and reenter the United States.

4. Forms I-130 and I-485 are typically filed together and the visa petition and adjustment application are adjudicated at the same time. In support of these applications, the United States citizen spouse and the alien spouse each submit Biographic Information forms (Form G-325A) containing biographic information.

5. Title 8, United States Code, Section 1325(c) provides that it is a crime to "knowingly enter into a marriage for the purpose of evading any provision of the immigration laws."

## **Count One**

1. The allegations contained in paragraphs one through five of the section of this indictment entitled "Introductory Allegations" are re-alleged and incorporated by reference as if set forth within.

2. On or about December 21, 2003, in Virginia Beach, in the Eastern District of Virginia, defendants JEKATERINA CEREDNICENKO and CHARLES BOND aided and abetted by VIKTAR KRUS and OTIS MARTIN knowingly and unlawfully entered into a marriage for the purpose of allowing JEKATERINA CEREDNICENKO to evade the provisions of the immigration laws of the United States.

(In violation of Title 8, United States Code, Section 1325(c) and 18 United States Code, Section 2.)

*United States v. Viktar Krus, et al.*  REDACTED COPY

2:08cr 222

A TRUE BILL: *Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.*

_____
FOREPERSON


DANA J. BOENTE
ACTING UNITED STATES ATTORNEY


By: _____
Joseph E. DePadilla
Assistant United States Attorney
Attorney for the United States
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number: (757) 441-6331
Office Facsimile: (757) 441-6689
E-mail address: joe.depadilla@usdoj.gov